United States District Court

CLERK. U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY   District of New Jersey
RECEIVED

Malibu Media LLC,                                    Answer on Complaint

2013 AUG 9 PM 4 13

Plaintiff

V

Erika Loboda, ET ,AL

Case Number: 3:13-CV-02042-PGS-TJB

An answer and motion to dismiss.

Erika Loboda acting on her own behalf without counsel states the following:

Request to dismiss law suit and denial of allegations

I am completely confused by these allegations.  The information alleged in this complaint

This lawsuit should not be permitted to go forward.  The allegations that are made are baseless.  I am not familiar with any of the information that is referenced in this complaint.  I have never heard of bitTorrent or peer file sharing prior to receiving this summons.  And in particular, I deny that I am an infringer of these copyrights.

I am not a computer programmer or expert and have no knowledge of this bittorrent.

### Answer

1. I lack insufficient knowledge or information to determine the truth of this allegation.
2. Deny
3. I lack insufficient knowledge or information to determine the truth of this allegation.
4. I lack insufficient knowledge or information to determine the truth of this allegation.
5. Deny
6. Deny
7. I lack insufficient knowledge or information to determine the truth of this allegation.
8. I do reside at 817 Catherine St, Point Pleasant, NJ 08742.
9. 9-23. I lack insufficient knowledge or information to determine the truth of this allegation.

24. Deny

25. Deny

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**RECEIVED**

26. I lack insufficient knowledge or information to determine the truth of this allegation.

27. Answers from 1-26 are reaffirmed. 2013 AUG 9 PM 4 14

28.-32.  Deny

I do not think the Court should allow the plaintiff to make these allegations or use them to extort compensation from me.

Wherefore, I ask the Court to dismiss the complaint, and request that the plaintiff should be prohibited from bringing this lawsuit me again in this or any other court.

Certificate of service

I certify that on August 9, 2013, I filed this document with the Clerk of the Court in person.

*Please notify Plaintiff attorney via CM/ECF*

By: Erika Loboda

*Erika Loboda*